IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LAREEKA MARQUELLE
BRYANT,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2403

_____/

Opinion filed March 16, 2015.

An appeal from the Circuit Court for Escambia County.
Ross Goodman, Judge.

Nancy A. Daniels, Public Defender, and Colleen D. Mullen, Assistant Public Defender, for Appellant.

Pamela Jo Bondi, Attorney General; Jay Kubica and Julian E. Markham, Assistant Attorneys General, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

WETHERELL, ROWE, and MAKAR, JJ., CONCUR.